BERNHEIMER v. SCHMID. (Supreme Court, Appellate Division, First Department. April 18, 1902.) Action by Simon E. Bernheimer against Josephine Schmid. From an order granting the application of the receiver for leave to loan certain moneys, defendant appeals. Affirmed. See 69 N. Y. Supp. 659, 73 N. Y. Supp. 767. Charles F. Brown, for appellant. Wm. A. Jenner, for respondent.

PER CURIAM. By the order appealed from the receiver appointed in this action was empowered and directed to advance and loan to two persons certain sums of money from the receivership funds and to take mortgages to secure such loans. Objection to these specific loans is the same as that taken on the appeal from another order authorizing the receiver to make advances to customers of the copartnership over which the receivership extends, and the appeal from which last-mentioned order is decided herewith. The views expressed by the court in deciding the last-mentioned appeal control now, there being no reason urged, separated from the general objection, why these

particular loans should not be made. The order should therefore be affirmed, with $10 costs and disbursements.